# PD-1563-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk

The Court of Criminal Appeals, Texas

| | | |
|---|---|---|
| JOSE SALDANA,Jr., | § | |
| v. | § | NO.05-15-00059-CR |
| STATE OF TEXAS | § | |

FILED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW.

TO THE COURT OF CRIMINAL APPEALS TEXAS:

NOW COMES JOSE SALDANA,JR,the Appellant,in the above entitled and numbered cause,by and pro se,and respectfully submits this,his Appellant's Motion for Extension of Time to File Petition for Discretionary Review.In Support of this motion the Appellant would respectfully show unto this Court the following:

### I.

The decision of the 265th Judicial District Court of Dallas County,Texas,was affirmed by the Court of Appeals for the Fifth District of Texas at Dallas on October 30,2015,in the decision styled JOSE SALDANA,JR.v.THE STATE OF TEXAS. This Courts sceduling order requires that the Petitioner for Discretionary Review is to be filed by November 30th,2015.The Appellant is unable to meet th the November 30,2015 deadline,due to those State impediments that are commonly associated with State institutional confinement that restrict the use and access to the Courts.This motion is not made for purposes of delay but that an ad additional 60 to 90 days,or whatever extension that this Court can allow the Appellant time for proper preperation to be done,pursuant to Rule 10.5(b)(3)of the Texas Rules of Appellate Procedure.

### II.

Due to the facts shown in the above and foregoing paragraph,the Appellant respectfully requests that this Court grant a 60 to 90 day extension from November 30,2015,until February 28,2016,within which to file the Petition for Discretionary Review.

### PRAYER

WHEREFORE,the Defendant respectfully requests that this Court grant this m tion in all things requested.

Respectfully submitted,

X Jose' Saldana
JOSE.SALDANA,JR.#1955845
Coffield Unit
2661 FM 2054 Tennessee Colony,Tx.
75884

1.

## VERIFICATION

"My name Jose Saldana Jr., and I have read the Motion for extension and every statement is within my personal knowledge, is true and correct."

X _____

JOSE SALDANA, JR. #1955845

Coffield Unit

2661 FM 2054

Tennessee Colony, Texas

75884

## CERTIFICATE OF SERVICE

This is to certify that on November 23, 2015, a true and correct copy of the above and foregoing document was sent prepaid postage U,S,mail to the Clerk of the Court of Criminal Appeals of Texas, P.O.Box 12308, Capitol Station, Austin Texas 78711, deposited at the Coffield Unit mail box.

X _____

JODE SALDANA, JR.

2.